**Exhibit "A"**

APR 4 1986  47862

STATE OF NEBRASKA } SS
SECRETARY'S OFFICE }

ARTICLES OF AMENDMENT

OF

ARTICLES OF INCORPORATION

OF

NEBRASKA/HALLOWELL, INC.

Received and filed for record and recorded on film roll 86-22 at page 35

Allen J. Beermann
Secretary of State
By ___ Pd. 28.90

Pursuant to NEB.REV.STAT. §21-2060, the Articles of Incorporation of Nebraska/Hallowell, Inc. are hereby amended as follows:

1. The old name of the Corporation is Nebraska/Hallowell, Inc.; the new name of the Corporation shall hereafter be Storage Concepts, Inc.

2. The Amendment to the Articles of Incorporation changes the name from Nebraska/Hallowell, Inc. to Storage Concepts, Inc.

3. The adoption of this Amendment was approved by all shareholders and directors on March 15, 1986.

4. Written consent to the foregoing Amendment has been given by all of the shareholders and directors of the Corporation.

5. No change is made in the classification of shares or amount of stated capital of the Corporation.

These Articles of Amendment are executed in duplicate this 15th day of March, 1986 at Omaha, Nebraska.

STORAGE CONCEPTS, INC.
Formerly Known as Nebraska/Hallowell, Inc.

By: _____
EDWARD E. ABERSFELLER, President

ATTEST:

_____
JOSEPH J. HEMENWAY,
Secretary

B:ARTAMDT.RLF

35